# EXHIBIT B



Lee Samson

**<u>VIA EMAIL</u>**

**Re: Windsor Ransomware Attack Data Recovery**

October 31, 2023

Dear Mr. Samson,

I am General Counsel for NewGen Administrative Services.  I write concerning the ransomware attack on servers hosted by M-Theory and our mutual efforts to obtain the same.

Pursuant to your conversation with Aaron Robin on [October 26, 2023], neither NewGen nor its affiliates have interest in your, S&F Management, or any other non-Windsor entity proprietary data or documents.  NewGen's sole interest is in obtaining data related to the Windsor entities only.  We will work with you to ensure that the data is properly segregated and that we do not share proprietary data or documents.  In a case where proprietary documents or data are inadvertently discovered, the discovering party shall immediately turn that data and/or documents to the other party and destroy any copy of said data and/or documents.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Daniel S. Klein
General Counsel

9526 W Pico Blvd., Los Angeles CA 90035 | 323.880.4766