# EXHIBIT C

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; myk@lnbyg.com; jyo@lnbyg.com; rmc@lnbyg.com
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Windsor Terrace Healthcare, LLC, *et al.*,<br><br>Debtors and Debtors in Possession.<br>_____<br><br>☒ Affects All Debtors<br><br>☐ Affects S&F Home Health Opco I, LLC<br>☐ Affects S&F Hospice Opco I, LLC<br>☐ Affects S&F Market Street Healthcare, LLC<br>☐ Affects Windsor Care Center National City, Inc.<br>☐ Affects Windsor Cheviot Hills, LLC<br>☐ Affects Windsor Country Drive Care Center, LLC<br>☐ Affects Windsor Court Assisted Living, LLC<br>☐ Affects Windsor Cypress Gardens Healthcare, LLC<br>☐ Affects Windsor El Camino Care Center, LLC<br>☐ Affects Windsor Elk Grove and Rehabilitation, LLC<br>☐ Affects Windsor Elmhaven Care Center, LLC<br>☐ Affects Windsor Gardens Convalescent Hospital, Inc.<br>☐ Affects Windsor Hampton Care Center, LLC<br>☐ Affects Windsor Hayward Estates, LLC<br>☐ Affects Windsor Monterey Care Center, LLC<br>☐ Affects Windsor Rosewood Care Center, LLC<br>☐ Affects Windsor Sacramento Estates, LLC<br>☐ Affects Windsor Skyline Care Center, LLC<br>☐ Affects Windsor Terrace Healthcare, LLC<br>☐ Affects Windsor The Ridge Rehabilitation Center, LLC<br>☐ Affects Windsor Vallejo Care Center, LLC | Lead Case No.: 1:23-bk-11200-VK<br>Jointly administered with Case Nos.<br>1:23-bk-11201-VK; 1:23-bk-11212-VK;<br>1:23-bk-11202-VK; 1:23-bk-11213-VK;<br>1:23-bk-11203-VK; 1:23-bk-11214-VK;<br>1:23-bk-11204-VK; 1:23-bk-11215-VK;<br>1:23-bk-11206-VK; 1:23-bk-11216-VK;<br>1:23-bk-11207-VK; 1:23-bk-11217-VK;<br>1:23-bk-11208-VK; 1:23-bk-11218-VK;<br>1:23-bk-11209-VK; 1:23-bk-11219-VK;<br>1:23-bk-11210-VK; 1:23-bk-11220-VK;<br>1:23-bk-11401-VK; 1:23-bk-11402-VK<br><br>Chapter 11 Cases<br><br>**STIPULATION BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS RE PROTOCOL REGARDING PRODUCTION OF HARD DRIVE TO AND USE OF ANY MATERIALS BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**[Filed concurrently with lodged Proposed Order] [No hearing Required]** |

1

1    This Stipulation (the "Stipulation") is entered into by and among Windsor Terrace Healthcare, LLC, S&F Home Health, Opco I, LLC, S&F Hospice Opco I, LLC, S&F Market Street Healthcare, LLC, Windsor Care, Center National City, Inc., Windsor Cheviot Hills, LLC, Windsor Country Drive Care Center, LLC, Windsor Court Assisted Living, LLC, Windsor Cypress Gardens Healthcare, LLC, Windsor El Camino Care Center, LLC, Windsor Elk Grove and Rehabilitation, LLC, Windsor Elmhaven Care Center, LLC, Windsor Gardens Convalescent Hospital, Inc., Windsor Hampton Care Center, LLC, Windsor Hayward Estates, LLC, Windsor Monterey Care Center, LLC, Windsor Rosewood Care Center, LLC, Windsor Sacramento Estates, LLC, Windsor Skyline Care Center, LLC, Windsor The Ridge Rehabilitation Center, LLC, and Windsor Vallejo Care Center, LLC, the debtors and debtors-in-possession in the above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Debtors"), and the Official Committee of Unsecured Creditors (the "OCC") and its professionals at Province (collectively with the OCC, the "Committee") by and through their undersigned attorneys regarding the Debtors' delivery of the recovered hard drive (the "Hard Drive") to the Committee, and the Committee's use of materials retrieved from the hard drive (the "Materials").

This Stipulation and the related Order entered hereon shall govern the Committee's production, review and handling of the Materials on the Hard Drive, all of which also remains subject to the Protective Order [ECF. Dkt. No. 570] entered into by the Parties in these "Cases," which is hereafter defined as the above-captioned bankruptcy cases (the "Bankruptcy Cases") and contested matters or adversary proceedings in or under all or any of them.

**RECITALS**

WHEREAS, the Debtors have recovered certain of the Debtors' records which have been replicated on the Hard Drive which the Committee and Province seek to review for the Committee's potential use in the Debtors' Bankruptcy Cases.

WHEREAS, the Materials on the Hard Drive are voluminous and not easily accessed by subject matter or content, and presently can only be reviewed in person at the Debtors' offices on one of the Debtors' computers set up for this purpose.

2

1   WHEREAS, the Committee has requested a copy of the Hard Drive so that Province can
2   review the Materials to determine if there are any claims, rights and defenses that may exist
3   against any third parties relating to the Debtors' operations prior to the Petition Date.

4   WHEREAS, the Committee and Province have represented that they have many clients in
5   the healthcare space and have the means by which to store in a HIPAA complaint manner the
6   Hard Drive and all Materials obtained from the Hard Drive and that they will do so.

7   WHEREAS, the Debtors have agreed to provide the Committee with a copy of the Hard
8   Drive, subject to the Committee's agreement to: (a) maintain the Hard Drive and Materials in a
9   HIPAA compliant manner; and (b) provide to the Debtors in advance of the Committee's use
10  copies of any Materials recovered from the Hard Drive that the Committee seeks to use in any
11  manner, subject to the terms and conditions set forth in this Stipulation.

**STIPULATION**

1.  The Debtors will provide the Committee through its counsel of record a copy of the Hard Drive within five (5) days of entry of an Order approving this Stipulation.

2.  The Committee and Province will maintain the Hard Drive and any Materials obtained from the Hard Drive in a HIPAA compliant manner.

3.  If the Committee intends to use any Materials for litigation purposes recovered from the Hard Drive, before such use the Committee shall provide to the Debtors and their counsel copies of such Materials, bates stamped (the "Designated Materials") at least five business days (5) days in advance of such intended use for the Debtors to review and approve or object.

4.  If Debtors do not object in writing to the Committee's use of Designated Materials for litigation purposes within five business days (5) days of delivery, then the Committee may use the Designated Materials. If the Debtors object to the use of such Designated Materials for litigation purposes, they will be maintained as "Confidential" until a determination of confidentiality under the terms of the Protective Order is made.

5.  The Committee will take all steps reasonably necessary to protect and maintain the Designated Materials in a manner that is HIPAA compliant. If there is a need to file with the

3

1 | Court the Designated Materials, such filing will be under seal, unless the Debtors and Committee
2 | otherwise agree in writing that such is not necessary. If there is any need to produce any of the
3 | Designated Materials to any third parties, then such third parties will be required to enter into the
4 | Protective Order and such production will be pursuant to the terms of the Protective Order.

5 | **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

7 | Dated: March 1, 2024        LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: _____
RON BENDER
MONICA Y. KIM
JULIET Y. OH
ROBERT M. CARRASCO
Attorneys for Chapter 11 Debtors and Debtors in Possession

Dated: February 29, 2024        TROUTMAN PEPPER

By: _____
Francis Lawall
Attorney for Official Committee of Unsecured Creditors

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Stipulation Between Debtors And Official Committee Of Unsecured Creditors Re Protocol Regarding Production Of Hard Drive To And Use Of Any Materials By The Official Committee Of Unsecured Creditors** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katalina Baumann    Katalina.Baumann@troutman.com, evelyn.duarte@troutman.com,LitigationDocketRequests@troutman.com,elizabeth.streible@troutman.com,Hilary.Barton@Troutman.com,OCCcourtnotices@troutman.com,Susan.Henry@Troutman.com
- Christopher Dale Beatty    chris.beatty@katten.com, marsha.davis@katten.com,courtalertlax@katten.com
- Ron Bender    rb@lnbyg.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Eryk R Escobar    eryk.r.escobar@usdoj.gov
- Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Vanessa M Haberbush    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Eric P Israel    eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- Lior Katz    lior@katzlaw.com
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
- Robert S Marticello    rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Kevin J McEleney    kmceleney@uks.com, kgauthier@uks.com
- David M Medby    dmedby@lawgarcia.com, jmobley@lawgarcia.com
- Nicholas Miller    nick.miller@hklaw.com, annmarie.jezisek@hklaw.com
- Roksana D. Moradi-Brovia    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Jeff David Neiderman    jneiderman@jayrothmanlaw.com
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Aron M Oliner    roliner@duanemorris.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

- Mary H Rose    mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- Joseph A Sakay    jsakay@buchalter.com, kcb@hcmp.com;kim.mckenzie@hcmp.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Kenneth K Wang    Kenneth.Wang@doj.ca.gov, Anthony.Conklin@doj.ca.gov
- Joshua del Castillo    jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

**2. SERVED BY UNITED STATES MAIL**: On **March 1, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Additional service per Proof of Service to be filed by Stretto*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 1, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**