# EXHIBIT D



**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

**George Angelich**
Partner
212.457.5423   **DIRECT**
george.angelich@afslaw.com

**VIA ELECTRONIC MAIL**

Daniel Klein, General Counsel
NewGen Administrative Services
9526 W. Pico Blvd.
Los Angeles, CA 90035

March 7, 2024

Re:   **Stipulation Regarding Hard Drive [Docket No. 668]**
      ----------------------------------------------------------------
      *In re: Windsor Terrace Healthcare, LLC et al.*, Case No. 23-11200

Dear Mr. Klein,

This firm represents S&F Management Company, LLC ("S&F Management").

On November 9, 2023, S&F Management entered into the *Letter Agreement Regarding Authorization of M-Theory Data Release* (collectively, the "Confidentiality Agreement Governing Hard Drive") with NewGen Administrative Services, LLC ("NewGen").

Windsor Terrace Healthcare, LLC and its affiliates (collectively, the "Debtors"), debtors and debtors-in-possession in the cases jointly administered under lead case 23-11200 (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Central District of California, filed a *Stipulation Between Debtors and Official Committee of Unsecured Creditors RE: Protocol Regarding Production of Hard Drive to and Use of any Materials by the Official Committee of Unsecured Creditors* [Docket No. 668] on March 1, 2024 (the "Stipulation").

S&F Management was neither provided advance notice of the intention to share the Hard Drive with the Official Committee of Unsecured Creditors in the Chapter 11 Cases (the "Creditors' Committee") nor served with the Stipulation.  As you know, the Hard Drive contains S&F Management's Confidential Information (as defined below).

**Smart In
Your World®**



March 7, 2024
Page 2

In response to the Stipulation, S&F Management filed the *Amended Objection and Reservation of Rights to Stipulation Between Debtors and Official Committee of Unsecured Creditors Re Protocol Regarding Production of Hard Drive to and Use of Any Materials by The Official Committee of Unsecured Creditors* [Docket No. 677] on March 6, 2024 (the "Objection").

Please be advised that any "S&F Confidential Information," defined as "all electronic information, notes, data, analyses, contracts, reports, compilations, agreements, studies, interpretations, other documents or files contained on the Hard Drive that relate to or involve [S&F Management]," on the Hard Drive is the confidential property of S&F Management. Pursuant to the Confidentiality Agreement Governing Hard Drive, no S&F Confidential Information can be provided to any third party, including but not limited to the Creditors' Committee, without S&F Management's consent. S&F Management does not consent and has not consented to the release of any S&F Confidential Information. NewGen is obligated pursuant to the terms of the Confidentiality Agreement Governing Hard Drive to segregate all S&F Confidential Information before providing the Hard Drive to any third party.

As stated in the Objection, S&F Management reserves all of its rights with respect to the S&F Confidential Information, the Stipulation, the Confidentiality Agreement Governing Hard Drive and/or the Hard Drive, including but not limited to the right to seek injunctive relief, attorneys' fees and costs, and/or damages for any violation thereof.

Very truly yours,

*/s/George Angelich*

George Angelich

cc:  Beth Young, Esq.
     Eric Fromme, Esq.