# EXHIBIT A

S&F MANAGEMENT COMPANY, LLC
1901 Avenue of the Stars, Suite 1060
Los Angeles, California  90067

November 9, 2023

c/o NewGen, LLC
9526 W Pico Blvd.
Los Angeles, CA 90035
Attention: Aaron Robin and Daniel S. Klein
Email: arobin@newgenhcg.com; dklein@newgenhcg.com

      **Re:**    **Letter Agreement regarding Authorization of M-Theory Data Release**

Dear Aaron and Daniel,

      S&F Management Company, LLC ("S&F") is in receipt of Daniel's letter of October 31, with regards to your request that S&F authorize M-Theory Group ("M-Theory") to provide a hard drive copy of S&F Confidential Information (as defined below) maintained by M-Theory, containing the Windsor Data (as defined below) to NewGen Administrative Services, LLC (together with its affiliates and subsidiaries, "NewGen"). The aforementioned hard drive is referred to herein as the "Hard Drive".

      This Letter Agreement (this "Agreement") sets forth the terms and conditions upon which S&F is willing to authorize M-Theory to provide NewGen with any S&F Confidential Information and/or the Hard Drive containing the same.

      1.    Confidential Information. As used herein, the term "S&F Confidential Information" shall mean all electronic information, notes, data, analyses, contracts, reports, compilations, agreements, studies, interpretations, other documents or files contained on the Hard Drive that relate to or involve S&F. The term "S&F Confidential Information" does not include information which (i) is or becomes generally available to the public other than as a result of disclosure by the NewGen or its Representatives (as such term is defined below), (ii) was within NewGen's or its Representatives' possession prior to its being furnished to NewGen by or on behalf of S&F or through access to the Hard Drive, provided that the source of such information was not known by NewGen to be bound by a confidentiality agreement with or other contractual, legal or fiduciary obligation of confidentiality to S&F or any other party with respect to such information, (iii) becomes available to NewGen or its Representatives on a non-confidential basis from a source other than S&F or any of its Representatives, or from the Hard Drive, provided that NewGen does not have notice that such source is bound by a confidentiality agreement with or other contractual, legal or fiduciary obligation of confidentiality to S&F or any other party with respect to such information or (iv) was independently developed by NewGen or its Representatives without using any information contained on the Hard Drive.

      2.    Conditions to Release. S&F hereby agrees to authorize M-Theory to provide the Hard Drive to NewGen, subject to the following terms and conditions:

(a) NewGen and its directors, officers, shareholders, partners, members, managers, employees, agents or attorneys (collectively, "Representatives") shall only use that portion of the S&F Confidential Information that relates to the [Windsor Entities acquired by NewGen and/or its affiliates from S&F and/or its affiliates pursuant to that certain Equity Interests Purchase Agreement, dated March 20, 2023, as amended] (the "Windsor Data"). NewGen shall further ensure that the S&F Confidential Information is properly segregated, such that NewGen and its Representatives do not use, view or share any the S&F Confidential Information. In a case where proprietary documents or data other than the Windsor Data are inadvertently discovered, NewGen shall immediately return such data and/or documents to S&F and destroy any copy of said data and/or documents.

(b) NewGen shall keep all of the S&F Confidential Information confidential and without the prior written consent of S&F, NewGen and its Representatives will not disclose any of the S&F Confidential Information in any manner other than as expressly permitted by this Agreement. In any event, NewGen shall be responsible for any breach of this Agreement by any of its Representatives.

(c) NewGen further covenants and agrees that it shall not use any of the S&F Confidential Information in any way directly or indirectly adverse to S&F, Lee Samson, their respective affiliates and/or their respective Representatives.

(d) Upon receipt of the Hard Drive from M-Theory, within five (5) days of request by S&F, NewGen shall provide a copy all of the information contained on the Hard Drive to S&F.

3. Successors and Assigns. The rights and obligations herein shall bind the parties, their legal representatives, successors, heirs and assigns.

4. Miscellaneous Terms and Provisions.

(a) Governing Law. This Agreement shall be governed by the laws of the State of California without regard to choice of law provisions. The Parties consent that jurisdiction over and venue for any legal proceeding arising out of the interpretation or enforcement of this Agreement shall be in Los Angeles County, State of California.

(b) Injunctive Relief. It is further understood and agreed that money damages would not be a sufficient remedy for any breach of this Agreement by a party or any of its Representatives and that the other party shall be entitled to equitable relief, including injunction and specific performance. Such remedies shall not be deemed to be the exclusive remedies for a breach by a party of this Agreement but shall be in addition to all other remedies available at law or equity. In the event of litigation to enforce any provision hereof, the prevailing party will be entitled to recover all costs, including its reasonable attorneys' fees and costs, incurred in connection with the litigation.

(c) Severability. Should any provision of this Agreement be declared or be determined by any court of competent jurisdiction or arbitrator to be wholly or partially illegal, invalid or unenforceable, the legality, validity and enforceability for the remaining parts, terms or

provisions shall not be affected thereby, and said illegal, unenforceable or invalid part, term or provision shall be deemed not to be a part of this Agreement.

    (d) <u>Waiver</u>.  No waiver of any term, provision or condition of this Agreement, whether by conduct or otherwise, in any one or more instances, will be deemed to be or be construed as a further or continuing waiver of any such term, provision or condition or as a waiver of any other term, provision or condition of this Agreement.

    (e) <u>Attorneys' Fees and Costs</u>.  Each party shall pay the costs of its own advisors including but not limited to attorneys and accountants incurred in drafting and execution of this Agreement.

    (f) <u>Entire Agreement</u>.  This Agreement expresses the entire agreement and understanding of the parties with respect to the subject matter hereof and supersedes all prior oral or written agreements, commitments and understandings pertaining to the subject matter hereof. Any modifications of or changes to this Agreement shall be in writing and signed by both parties.

    (g) <u>Counterparts</u>.  This Agreement may be executed in one or more counterparts, all of which shall be considered one and the same agreement, and shall become effective when one or more such counterparts have been signed by each of the parties and delivered to the other parties. Executed copies of this Agreement may be delivered by telecopier, email, DocuSign or other electronic means and upon receipt will be deemed originals and binding upon the parties hereto, regardless of whether originals are delivered thereafter.

[***Remainder of page intentionally left blank. Continued on following page.***]

If the foregoing is acceptable to you, please confirm your agreement thereto by promptly executing this Agreement where indicated below, so that S&F can proceed to provide the requisite authorization to M-Theory to release the Hard Drive to NewGen pursuant to the terms of this Agreement.

Please do not hesitate to contact me if you have any questions.

Sincerely,

S&F MANAGEMENT COMPANY, LLC,
a California limited liability company

By: _____
Name: Lee C. Samson
Title:   President

**ACKNOWLEDGED, AGREED AND ACCEPTED BY NEWGEN, ON BEHALF OF ITSELF, ITS DIRECT AND INDIRECT OWNERS, ITS SUBSIDIARIES AND AFFILIATES:**

NEWGEN ADMINISTRATIVE SERVICES, LLC,
a California limited liability company

By: _____
Name: Daniel Klein
Title: General Counsel