ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (213) 373-4357
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com

*Attorneys for Defendant*
*NewGen Administrative Services, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&F MANAGEMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWGEN ADMINISTRATIVE SERVICES, LLC,<br><br>Defendant | Case No. 2:24-cv-2095-AB-DFM<br><br>**DEFENDANT NEWGEN ADMINISTRATIVE SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 14, 2024 |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

Defendant NewGen Administrative Services, LLC ("NewGen") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Defendant NewGen is a limited liability company that is organized under the laws of the state of California with its principal place of business in Los Angeles, California. NewGen is entirely owned by its parent company, NewGen LLC, a limited liability company that is organized under the law of the state of California with its principal place of business in Los Angeles, California. No publicly held corporation owns 10 percent or more of NewGen's stock or NewGen LLC's stock.

Dated: April 4, 2024

ORSUS GATE LLP
Denis Shmidt
Nabil Bisharat

By: /s / *Nabil Bisharat*
Nabil Bisharat
*Attorneys for Defendant*
*NewGen Administrative Services, LLC*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on April 4, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ *Nabil Bisharat*
Nabil Bisharat