1  ORSUS GATE LLP
2  Denis Shmidt (Bar No. 267987)
   Nabil Bisharat (Bar No. 270305)
3  16 N. Marengo Ave., Suite 505
   Pasadena, CA 91101
4  Telephone: (213) 373-4357
5  Email: DShmidt@OrsusGate.com
   Email: NBisharat@OrsusGate.com
6

7  *Attorneys for Defendant*
   *NewGen Administrative Services, LLC*
8

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

12 S&F MANAGEMENT COMPANY, LLC,        Case No. 2:24-cv-2095-AB-DFM

13              Plaintiff,              **NOTICE OF INTERESTED PARTIES OF DEFENDANT NEWGEN ADMINISTRATIVE SERVICES, LLC**
14       v.
15
16 NEWGEN ADMINISTRATIVE              Complaint Filed: March 14, 2024
   SERVICES, LLC
17              Defendant.
18

19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Newgen Administrative Services, LLC ("NewGen") hereby submits this Notice of Interested Parties.

The undersigned, counsel of record for NewGen, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a pecuniary interest in the outcome of this case:

1. S&F Management Company, LLC;
2. NewGen Administrative Services, LLC;
3. The Official Committee of Unsecured Creditors (the "OCC") and its professionals at Province (collectively with the OCC, the "Committee"), as identified in the bankruptcy matter of *In re Windsor Terrace Healthcare, LLC at al.*, United Stated Bankruptcy Court for the Central District of California (San Fernando Division), Lead Case No. 1:23-bk-11200-VK; and
4. The "Windsor Entities" as identified in Plaintiff's Complaint at Paragraph 20, as follows:
   a. S&F Home Health Opco I, LLC;
   b. S&F Hospice Opco I, LLC;
   c. S&F Market Street Healthcare, LLC;
   d. Windsor Care Center National City, Inc.;
   e. Windsor Cheviot Hills, LLC;
   f. Windsor Country Drive Care Center, LLC;
   g. Windsor Court Assisted Living, LLC;
   h. Windsor Cypress Gardens Healthcare, LLC;
   i. Windsor El Camino Care Center, LLC;
   j. Windsor Elk Grove and Rehabilitation, LLC;
   k. Windsor Elmhaven Care Center, LLC;

l. Windsor Gardens Convalescent Hospital, Inc.;

m. Windsor Hampton Care Center, LLC;

n. Windsor Hayward Estates, LLC;

o. Windsor Monterey Care Center, LLC;

p. Windsor Rosewood Care Center, LLC;

q. Windsor Sacramento Estates, LLC;

r. Windsor Skyline Care Center, LLC;

s. Windsor Terrace Healthcare, LLC;

t. Windsor The Ridge Rehabilitation Center, LLC; and

u. Windsor Vallejo Care Center, LLC.

These representations are made to enable this Court to evaluate possible disqualifications or recusal.

Dated: April 4, 2024

Respectfully submitted,

ORSUS GATE LLP
Denis Shmidt
Nabil Bisharat

By: */s/ Nabil Bisharat*
Nabil Bisharat
*Attorneys for Defendant*
*NewGen Administrative Services, LLC*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on April 4, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ *Nabil Bisharat*
Nabil Bisharat