JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&F MANAGEMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWGEN ADMINISTRATIVE SERVICES, LLC,<br><br>Defendant. | Case No. 2:24-cv-2095-AB-DFM<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Having reviewed the stipulation between the parties and their respective counsel, and good cause appearing, it is hereby ORDERED:

1. That the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii); and

2. Each party bears its own attorneys' fees and costs and waive any right to fees or costs incurred in the above-captioned action.

IT IS SO ORDERED.

Dated: March 6, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE